UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM BARRETT,                         ) <br>      Plaintiff                        ) <br>                                       ) <br> v.                                     ) <br>                                       ) <br> MIDLAND CREDIT MANAGEMENT, INC.) <br> AND MIDLAND FUNDING, LLC,     ) <br>      Defendants            ) | **Case No.: 3:15-cv-00978 MPS** <br><br> March 8, 2016 |

## JOINT STATUS REPORT

Plaintiff, William Barrett ("Plaintiff") and Defendants, Midland Credit Management, Inc. and Midland Funding, LLC ("Defendants"), hereby submit their joint status report to the Court as follows:

**A.**     **STATUS OF CASE**

Plaintiff filed his complaint on June 25, 2015. On August 25, 2015, Defendants filed their Answer, Defenses, and Demand for Jury Trial. On November 11, 2015, Plaintiff and Defendants exchanged Initial Disclosures.

The parties have not sent out written discovery or taken depositions at this point. The parties have been actively working to resolve this matter. The parties do not anticipate any issues with completing discovery should this matter not settle. No motions are currently pending.

**B.**     **SETTLEMENT INTEREST**

Plaintiff furnished a settlement demand on January 21, 2016, at Defendant's request. The parties do not believe a settlement conference would be helpful at this point. The parties believe they will be able to resolve this matter on their own.

C.   **TRIAL BEFORE A MAGISTRATE JUDGE**

The plaintiff consents to a trial before a Magistrate Judge.

D.   **LENGTH OF TRIAL**

The parties estimate that a trial for this case would last approximately two days.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, | DEFENDANTS, |
| WILLIAM BARRETT, | MIDLAND CREDIT MANAGEMENT, |
| | INC. and MIDLAND FUNDING, LLC |
| | |
| */s/ Angela K. Troccoli* | */s/ Ronald M. Metcho* |
| Angela K. Troccoli, Esquire, ct28597 | Ronald M. Metcho, Esquire |
| Kimmel & Silverman, P.C. | Marshall Dennehey Warner Coleman & |
| 136 Main Street, Suite 301 | Goggin, P.C. |
| Danielson, CT 06239 | 2000 Market Street, Suite 23 |
| atroccoli@creditlaw.com | Philadelphia, PA 19103 |
| | rmmetcho@mdwcg.com |

**CERTIFICATION**

I hereby certify that on March 8, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

 */s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire